■ In the Matter of RITA K. JOHNSON, an Attorney, Resignor. [773 NYS2d 725]—Voluntary resignation accepted and name removed from the roll of attorneys (*see, Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Hayes, JJ.

■ In the Matter of TIMOTHY G. BAX, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [773 NYS2d 726]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ In the Matter of ALLAN L. PAGLIA, for Reinstatement to the Practice of Law. [773 NYS2d 726]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ In the Matter of CHARLES A. SCHIANO, an Attorney, for Reinstatement to the Practice of Law. [773 NYS2d 725]—Order of reinstatement entered. All concur, Scudder, J., not participating. Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ In the Matter of LOUIS H. GROSSMAN, an Attorney, Resignor. [773 NYS2d 726]—Resignation accepted and name stricken from the roll of attorneys. Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYON L. FYE, Appellant. [773 NYS2d 717]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Cattaraugus County Court, Larry M. Himelein, J.—Burglary, 3rd Degree.) Present—Pigott, Jr., P.J., Green, Wisner, Hurlbutt and Gorski, JJ.